JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEMPRA ENERGY,<br><br>    Plaintiff,<br><br>v.<br><br>MARSH USA, INC.,<br><br>    Defendant. | NO. CV 07-05431 SJO (SSx)<br><br>**JUDGMENT** |

    The issues in the above entitled action having been brought on for trial before the Honorable S. James Otero, United States District Judge, with a jury on October 15, 2008, and at the conclusion of the trial, the jury having answered the general verdict form, and the jury in so doing having returned a verdict in favor of the plaintiff, Sempra Energy, it is,

    ORDERED, ADJUDGED, AND DECREED: That Plaintiff Sempra Energy recover from Defendant Marsh USA, Inc.:

    (1) judgment in the sum of $48,500,000;

    (2) post-judgment interest thereon pursuant to the rate established by 28 U.S.C. § 1961; and

    (3) its costs in this action.

1  IT IS SO ORDERED.

3  December 8, 2008

4                                                              /S/ S. James Otero

6                                                          S. JAMES OTERO
                                                    UNITED STATES DISTRICT JUDGE